

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 25, 2020

The Honorable Debra Freeman
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *United States v. Sepehr Sarshar*, 20 Mag. 8898

Dear Judge Freeman:

      The defendant in the above-referenced complaint, Sepehr Sarshar, was served at his residence in Encinitas, California earlier this morning with a Notice to Appear requiring his appearance at 2:00 p.m. today for presentment in the United States District Court for the Southern District of California on the charges in the complaint. The sealing of the complaint is thus no longer be necessary to protect the confidentiality of the Government's investigation. Accordingly, the Government respectfully requests that the Court order that the complaint be unsealed immediately.

      A proposed unsealing order is enclosed for the Court's consideration.

      Respectfully submitted,

      AUDREY STRAUSS
      Acting United States Attorney
      Southern District of New York

      ___/s/_____
      Elisha Kobre
      Martin Bell
      Assistant United States Attorneys
      (212) 637-2599 / 2463

Enclosure