```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA          :
                                       ORDER
     - v. -                       :
                                       20 Mag. 8898
SEPEHR SARSHAR,                   :

               Defendant.         :

- - - - - - - - - - - - - - - - - x
```

Upon the application of the Government, it is found that the above-referenced complaint (the "Complaint") is currently sealed;

It is further found that the defendant has been notified of the charges in the Complaint and Government has applied to have the Complaint unsealed;

It is therefore ORDERED that the Complaint be unsealed immediately.

Dated:   New York, New York
         August 25, 2020

_____
THE HONORABLE DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK