UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE** |
| -against- | -CR-    (   ) (   ) |
| Sepehr Sarshar | |
| Defendant(s). | |

-------------------------------------------------------------------X

Defendant ___**Sepehr Sarshar**_____ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or ___ teleconferencing:

**X**   Initial Appearance Before a Judicial Officer

___   Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___   Bail/Detention Hearing

___   Conference Before a Judicial Officer

_____                    _____
Defendant's Signature                                              Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

**Sehehr Sarshar**                                                  **William J. Schwartz**
_____                    _____
Print Defendant's Name                                         Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

   9/8/20
_____                                _____
Date                                                                       U.S. District Judge/U.S. Magistrate Judge